**EXHIBIT B**

**UNITED STATES PATENT NO. 6,582,380**
**CLAIM CHART FOR INFRINGEMENT OF REPRESENTATIVE CLAIM 58**

Note: This representative claim chart is provided solely for pleading purposes in this action and is based upon information known at this time. This chart does not represent Plaintiff's infringement contentions, the asserted claims, or all of Plaintiff's allegations regarding infringement. Plaintiff further reserves the right to assert additional or different theories of infringement, including infringement under the doctrine of equivalents.

*Infringement analysis provided for any preamble should not be construed as an admission that such preamble is limiting.*

| US 6,582,380 | Casio GBD-H 1000 Smartwatch (The "Accused Product") |
|---|---|
| [58.1] A method of modifying an activity level of a subject, said subject being one of a human being and a primate, comprising the steps of: | To the extent the preamble is limiting, Casio Computers ("Defendant") makes, uses, sells, and offers for sale wearable devices, which offers a method of modifying an activity level of a subject,  said subject being one of a human being and a primate.<br><br>For example, Defendant's Casio GBD-H 1000 series smartwatch can be worn by the user ("subject") to track activities like steps calculation, distance travelled, exercise, heart monitoring, etc. ("modifying an activity level"). The smartwatch incorporates sensors which can differentiate various activity levels performed by a user ("human being") such as running, walking, step count, etc. The user can see the activity progress through the smartwatch UI and/or the G-Shock Move mobile app. |



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/, last accessed on May 16, 2022.



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/, last accessed on May 16, 2022.



Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-4/, last accessed on May 16, 2022.



Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



**G-SHOCK MOVE FREE**

**Smartphone App**

  

**An easy-to-use app allows you to manage everything about**

**your training, from creating a training plan to checking your records and results.**

**- Training analysis data**

**- Training history**

**- Training plan**

Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/, last accessed on May 16, 2022.



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/, last accessed on May 16, 2022.

| [58.2] detecting a level of physical movement of an object; | Defendant detects a level of physical movement of an object. |
| | |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | |
| | For example, the Casio GBD-H 1000 series can detect activities such as exercise, walking, running, heart rate, etc. ("level of physical movement") of the user ("an object") via various sensors contained within the device. |

# 5-SENSOR

**Get real-time measurements with five-sensor functions.**



**Optical Sensor (Heart Rate Monitor)**

Optical sensors on case back of watch LED light, detect the blood flow under the skin, and measure heart rate.



**Accelerometer**

3-axis accelerometer detects body movements and measures step count and distance travelled. Also interpolates distance measurements in environments where GPS measurement is unavailable.



**Magnetic Sensor, Pressure Sensor and Thermo Sensor**

Built-in miniature sensor takes measurements of compass bearing, altitude, barometric pressure, and temperature. Compass bearing and altitude information improve the accuracy of GPS distance measurements.

Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.

Sensor feature

**Training Function**
**Display of distance, speed, pace, and other calculated values**
**based on GPS or accelerometer data, auto/manual lap times,**
**Auto Pause, Auto Run Timing Start, target alert setting (time,**
**altitude, calories burned) on/off, training display customization**
**(elapsed time, distance, pace, lap time, lap distance, lap pace,**
**average pace, speed, average speed, calories burned, heart**
**rate, average heart rate, road grade, elevation, cumulative**
**ascent, cumulative descent, ascent pace, descent pace)**

**Wrist heart rate measurement (maximum measurement value:**
**220 bpm)**
**Heart rate, target heart rate setting, heart rate zone graphic**
**indication, heart rate graph, maximum heart rate, minimum**
**heart rate**

Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.

**Heart Rate Monitor / Heart Rate Zone Display**

Displays the current heart rate, as well as a heart rate zone that shows exercise intensity at five stages, and is useful for pace management during activities and endurance training.

Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.

**VO2max Measurement**

Uses heart rate and running speed to calculate the maximum consumable oxygen uptake per kilogram of bodyweight in one minute (ml/kg/min). This can be used as a benchmark for cardiorespiratory ability when the user is trying to build endurance for running or other sports.

Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/status/, last accessed on May 16, 2022.



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/status/, last accessed on May 16, 2022.



**Training status display**

1. Training status
2. Fitness level trend
3. Training load trend

Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/status/, last accessed on May 16, 2022.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [58.3] recording the detected level of physical movement; | Defendant records the detected level of physical movement.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

For example, the Casio GBD-H 1000 series records users' exercise, running, walking, heart rate, etc. ("the detected level of physical movement"). records users' workout, sleep, heart rate, etc. ("the detected level of physical movement"). The recorded data is stored on the smartwatch and is accessible via the smartwatch's UI and/or the G-Shock Move mobile app.

● **What you can do with this watch**

• Acquisition of accurate time and location information by receiving GPS signals and connecting with a phone

• Measurement and recording of running and other data
  – Auto run detection
  – Auto lap
  – Auto pause
  – Training log data recording

• Heart rate measurement

• Measurement of calories burned

• Step count

• Measurement of direction, altitude, barometric pressure, and temperature

• Transfer of data to your phone for viewing with the app

Source: https://support.casio.com/storage/en/manual/pdf/EN/009/qw3475.pdf, pg. 3, last accessed on May 16, 2022.

# Using the Training Function

The Training Function uses GPS and an accelerometer to measure and record distance, elapsed time, pace, and other data while you are running or walking.

You can review recorded data on the watch or with G-SHOCK MOVE.



Source: https://support.casio.com/storage/en/manual/pdf/EN/009/qw3475.pdf, pg. 23, last accessed on May 16, 2022.



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/status/, last accessed on May 16, 2022.

The items below are shown on the Training Log screen.

| [DISTANCE] | Running distance |
| [TIME] | Travel time |
| [PACE] | Pace |
| [CALORIES] | Calories burned |
| [CADENCE] | Cadence |
| [ASCENT] | Total ascent |
| [DESCENT] | Total descent |
| [AVG.HR] | Average heart rate |
| [MAX.HR] | Maximum heart rate |
| [AEROBIC TE] | Aerobic training effect value* |
| [ANAEROBIC TE] | Anaerobic training effect value* |

Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/status/ last accessed on May 16, 2022



## G-SHOCK MOVE FREE

**Smartphone App**

 

**An easy-to-use app allows you to manage everything about**

**your training, from creating a training plan to checking your records and results.**

**- Training analysis data**

**- Training history**

**- Training plan**

Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/, last accessed on May 16, 2022.



Source: https://www.youtube.com/watch?v=qPA72OIBTzU, last accessed on May 16, 2022.



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/app/, last accessed on May 16, 2022

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [58.4] searching for a match between the detected level of physical movement and a predetermined pattern of physical movement by maintaining a sliding window of analysis, wherein said sliding window is a time period over which the recorded detected level of physical movement is searched for the predetermined pattern of physical movement, said sliding window sliding forward in time; and | Defendant searches for a match between the detected level of physical movement and a predetermined pattern of physical movement by maintaining a sliding window of analysis, wherein said sliding window is a time period over which the recorded detected level of physical movement is searched for the predetermined pattern of physical movement, said sliding window sliding forward in time. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Casio smartwatch contains various sensors to track physical movements and differentiates between different types of physical movement such as exercises, running, walking, hiking, heart rate etc. ("searches for a match between the detected level of physical movement and a predetermined pattern of physical movement"). It records total time for different types of activity or records a session time ("maintaining a sliding window of analysis") for a user's physical movement over a period of time ("sliding window is a time period"). Additionally, it can recognize patterns present corresponding data via either the smartwatch's UI or the G-Shock Move mobile app, comparing current activity levels with previous data. |

# 5-SENSOR

**Get real-time measurements with five-sensor functions.**







**Optical Sensor (Heart Rate Monitor)**

Optical sensors on case back of watch LED light, detect the blood flow under the skin, and measure heart rate.

**Accelerometer**

3-axis accelerometer detects body movements and measures step count and distance travelled. Also interpolates distance measurements in environments where GPS measurement is unavailable.

**Magnetic Sensor, Pressure Sensor and Thermo Sensor**

Built-in miniature sensor takes measurements of compass bearing, altitude, barometric pressure, and temperature. Compass bearing and altitude information improve the accuracy of GPS distance measurements.

Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.

● **What you can do with this watch**

• Acquisition of accurate time and location information by receiving GPS signals and connecting with a phone

• Measurement and recording of running and other data
  − Auto run detection
  − Auto lap
  − Auto pause
  − Training log data recording

• Heart rate measurement

• Measurement of calories burned

• Step count

• Measurement of direction, altitude, barometric pressure, and temperature

• Transfer of data to your phone for viewing with the app

Source: https://support.casio.com/storage/en/manual/pdf/EN/009/qw3475.pdf, pg. 3 last accessed on May 16, 2022.



Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



#GSHOCK #CASIO #TOUGHNESS

GBD-H1000 Tips movie - Measuring your heart rate: CASIO G-SHOCK

Source: https://www.youtube.com/watch?v=qPA72OIBTzU, last accessed on May 16, 2022.

**Heart Rate Monitor / Heart Rate Zone Display**

Displays the current heart rate, as well as a heart rate zone that shows exercise intensity at five stages, and is useful for pace management during activities and endurance training.

Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.

**VO2max Measurement**

Uses heart rate and running speed to calculate the maximum consumable oxygen uptake per kilogram of bodyweight in one minute (ml/kg/min). This can be used as a benchmark for cardiorespiratory ability when the user is trying to build endurance for running or other sports.

Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



Source: https://www.casio.com/us/watches/gshock/product.GBD-H1000-1/, last accessed on May 16, 2022.



**G-SHOCK MOVE FREE**

Smartphone App

 

An easy-to-use app allows you to manage everything about

your training, from creating a training plan to checking your records and results.

- Training analysis data

- Training history

- Training plan

Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/, last accessed on May 16, 2022.

## SMARTPHONE LINK

**App can create training logs and plans.**

**Special APP for GBD-H1000**

Increase motivation by managing measurement data and training history with the app, which automatically creates training plans tailored to set targets.

Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/, last accessed on May 16, 2022.



Training analysis data

Training history

Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/, last accessed on May 16, 2022.



Source: https://www.youtube.com/watch?v=qPA72OIBTzU, last accessed on May 16, 2022.



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/app/, last accessed on May 16, 2022.



Source: https://gshock.casio.com/intl/products/g-squad/gbd-h1000/app/, last accessed on May 16, 2022.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [58.5] sending, if there is a match between the detected level of physical movement and the predetermined pattern of physical movement, a pattern recognition feedback signal to one of a subject, a supervisor, and both the subject and the supervisor. | Defendant sends, if there is a match between the detected level of physical movement and the predetermined pattern of physical movement, a pattern recognition feedback signal to one of a subject, a supervisor, and both the subject and the supervisor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Casio smartwatch notifies a user on target achievements, reminder of crossing heart zone and pace zone automatically or other activity alerts ("sending if there is a match between the detected level of physical movement and the predetermined pattern of physical movement"), including in the case of crossing heart zones or achieving daily milestones ("a pattern recognition feedback signal to one of a subject, a supervisor and both the subject and the supervisor").<br><br>● **Setting Up the Heart Rate Zone Alert**<br><br>If you engage in heart-rate training while the heart rate zone alert is enabled, the watch will perform a sound and/or vibration operation to let you know when your current heart rate is ±5 bpm or greater outside of the zone currently specified as your target. If you do not re-enter the target zone after the alert, an out-of-zone alert operation will be performed at one-minute intervals.<br><br>Source: https://support.casio.com/storage/en/manual/pdf/EN/009/qw3475.pdf, pg. 22, last accessed on May 16, 2022. |

## Setting Up Alerts

You can use G-SHOCK MOVE to specify alert intervals to keep you informed of your calories burned, elapsed time, and attained altitude while training. Then the watch will perform a sound and/or vibration alert operation whenever you reach an alert interval value while training. Use watch operations to enable or disable alerts.

Source: https://support.casio.com/storage/en/manual/pdf/EN/009/qw3475.pdf, pg. 25 last accessed on May 16, 2022.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.